AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Jeremiah James Schwier

*Defendant(s)*

Case No. 5:26-mj- 1238-PRL

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 20, 2026 - August 24, 2026 in the county of Marion in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 875(c) | Threatening intersate communications. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Caleb D. Turner

*Complainant's signature*

Special Agent Caleb D. Turner, FBI

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 26, 2026

P. Lammens

*Judge's signature*

City and state: Ocala, Florida

United States Magistrate Judge Philip R. Lammens

*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 5:26-mj-** 1238-PRL

**COUNTY OF MARION**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Caleb D. Turner, being duly sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since September 25, 2022. Accordingly, I am a "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I am currently assigned to the Jacksonville (Florida) Division of the FBI where I have conducted a variety of criminal investigations involving high technology, cybercrime, child exploitation, gang activity, and violent crime. In the performance of my duties, I have also investigated and assisted in the investigation of criminal matters involving the transmission or the attempted transmission, in interstate or foreign commerce, any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

2. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers and personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## STATUTORY AUTHORITY

3. This affidavit is being offered in support of a criminal complaint charging Jeremiah James Schwier (SCHWIER) with interstate transmission of a threat to injure, in violation of 18 U.S.C. § 875(c). As set forth below, there is probable cause that on or about May 20, 2026, through August 24, 2026, SCHWIER did send in interstate commerce a true threat to injure any person. Based on a review of the Florida Department of Highway Safety and Motor Vehicle records, SCHWIER is a resident of Marion County, Florida.

## PROBABLE CAUSE

4. Beginning in April 2026 and continuing through May 2026, the National Association for the Advancement of Colored People (NAACP), headquartered in Washington, D.C., received numerous telephone calls to their Membership and Constituent Services division. The NAACP perceived these calls as pranks. The calls were sexual in nature and used inflammatory language. There were a total of approximately 60 of these types of calls from four different telephone numbers. These calls were recorded. On May 21, 2026, NAACP provided investigators with the following phone numbers associated with these prank calls:

a. XXX-XXX-6215 (16 calls)

b. XXX-XXX-0879 (8 calls)

c. XXX-XXX-0873 (15 calls)

d. XXX-XXX-3708 (21 calls)

Investigators have listened to the calls and determined that they were all likely placed by the same individual, an unknown male.

5. In response, law enforcement issued a subpoena to Verizon requesting subscriber information for the telephone number ending in 0873. I have reviewed the results of that subpoena, which documented the following:

a. Name: Jeremiah James SCHWIER

b. Work number: XXX-XXX-0446[1]

c. Email: jeremiahjamesschwier@[redacted].com

d. Address: [Redacted], Dunnellon, FL 34431

e. Device ID: 89148000011864707441

f. IMEI: 358245526461149

g. IMSI: 311480157870327

6. Additionally, law enforcement issued a subpoena to Google, for the subscriber information of the phone number ending in 0879. I have reviewed the results of the subpoena, which documented the following:

[1] In an unrelated incident, SCHWIER previously provided this phone number ending in 0446 as his contact number during an Internet Crime Complaint Center (IC3) submission to the FBI on October 21, 2025. The IC3 documented that the complaint was submitted by "Jeremiah James Schwier" with the same address in Dunnellon listed above.

a. Name: Jeremiah James SCHWIER

b. SSN: XXX-XX-0636

c. Recovery phone: XXX-XXX-0446

d. Recovery email: jeremiahjamesschwier.work@[redacted].com

e. Address: [Redacted], Dunnellon, FL 34431

f. Phones numbers associated with Google Pay and GoogleFi: XXX-XXX-3708, XXX-XXX-6215.[2]

7. On May 20, 2026, the FBI National Threat Operations Center (NTOC) received an online tip submitted by the NAACP. The tip described an unknown male caller who had made a threat to walk into the NAACP with an "AK 57 or whatever they call those things."[3] As a result of that threat, the NAACP evacuated three national offices, two in Baltimore and one in Washington, D.C. The call received by the NAACP came from a blocked phone number. However, the voice of the male caller was identified by NAACP employees as similar to the previously received "prank" phone calls.

8. In August 2026, the NAACP received additional calls from a blocked number containing threats to injure individuals, including Former President Obama

[2] These numbers are the same as the remaining two phone numbers associated with the "prank" phone calls from April/May, as described in Paragraph 1.
[3] This was understood to be a reference to an "AK 47" - a commonly known firearm.

and the NAACP President/CEO.[4] The voice in the calls was identified as similar to the voice of the call from May 20, 2026, and from the earlier "prank" phone calls. Some of the calls are partially described below:

a.) August 6, 2026, 4:00:22 PM - The caller referenced the recent shooting involving Luigi Mangioni and threatened to shoot the President/CEO with a gun.

b.) August 21, 2026, 5:19:02 PM - The caller stated that he would like to take an AK-47 to shoot and kill Former President Obama and the First Lady.

c.) August 22, 2026, 10:39:42 AM - The caller stated that he wanted the protective glass used during Former President Obama's speeches removed so he can shoot him.

d.) August 23, 2026, 4:27:32 PM - The caller stated that he had a gun with the President/CEO's name on it.

e.) August 23, 2026, 4:43:03 PM - The caller stated that he was going to murder the President/CEO.

f.) August 23, 2026, 4:47:17 PM - The caller again stated that he was going to murder the President/CEO.

---

[4] The NAACP President and CEO was referred to by name during these communications. Since the NAACP President and CEO is a victim, he is herein referred to simply as "President/CEO."

g.) August 23, 2026, 5:30:52 PM - The caller stated that he was going to "mutilate" the President/CEO.

h.) August 23, 2026, 6:46:12 PM - The caller stated that he was going to shoot the President/CEO.

i.) August 23, 2026, 11:51:31 PM - The caller threatened to shoot the President/CEO in the head.

j.) August 23, 2026, 11:54:13 PM - The caller threatened again to shoot the President/CEO in the head.

k.) August 24, 2026, 12:18:08 AM - The caller stated that he wanted to murder the President/CEO.

l.) August 24, 2026, 12:22:47 AM - The caller stated again that he wanted to murder the CEO.

m.) August 24, 2026, 9:25:33 AM - The caller stated that the operator should kill the President/CEO.

n.) August 24, 2026, 9:31:18 AM - The caller stated that he will hire a hitman to kill the President/CEO.

o.) August 24, 2026, 9:39:22 AM - The caller stated that he would make the President/CEO's death look accidental.

9. In response to the escalating threats described above, on August 25, 2026, the FBI submitted an emergency disclosure request to Verizon for the

subscriber information and toll records for the phone number ending 0446 — the phone number associated with SCHWIER in the subpoena returns and the FBI IC3. Verizon identified the account holder as "JEREMIAH JAMES SCHWIER" and provided toll records from August 10, 2026, through August 25, 2026. The address associated with the account also matched the specific Dunnellon address associated with SCHWIER (as documented in the IC3 complaint and subpoena returns).

10. I have reviewed the toll records provided by Verizon and identified numerous calls made by SCHWIER to the NAACP Membership and Constituent Services division specific phone number. For example, on August 24, 2026, SCHWIER placed numerous calls to that specific number at times generally consistent with the threats described above.

11. I have learned that the NAACP uses a third-party answering service. The employees of that service work remotely. I have been advised that none of the employees for that service reside in Florida. Accordingly, the threatening calls made by SCHWIER to the NAACP would have crossed a state line, as SCHWIER resides in the Middle District of Florida. The threats therefore have moved "in commerce."

# **CONCLUSION**

12. Based on the foregoing, on or about May 20, 2026, through August 24, 2026, SCHWIER did send in interstate commerce a true threat to injure any person, that is, a threat made under circumstances that would place a reasonable person in fear of another person being injured, in violation of 18 U.S.C. § 875(c).

Caleb D. Turner
_______________________________
Caleb D. Turner, Special Agent
Federal Bureau of Investigation

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 26th *day of August 2026.*

P. Lammens
_______________________________
PHILIP R. LAMMENS
United States Magistrate